IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HARVEY PATRICK SHORT, | CIVIL ACTION |
| *Plaintiff*, | NO. 18-4130 |
| v. | |
| OFFICER WEBB, *et al.*, | |
| *Defendants*. | |

# ORDER

AND NOW, this 27th day of November, 2019, upon consideration of the motion by Defendants Parole Agent Miller, Corrections Officer Webb, and PREA Compliance Officer Owens seeking to revoke Plaintiff Harvey Patrick Short's *in forma pauperis status* (ECF No. 29) and Plaintiff's Response (ECF No. 34), and consistent with the accompanying memorandum of law, it is **ORDERED** that:

1. The motion is **GRANTED** pursuant to 28 U.S.C. § 1915(g);

2. Plaintiff's *in forma pauperis* status is **REVOKED**;

3. If Plaintiff seeks to continue with this case, he must remit $400 to the Clerk of Court within thirty days of the date of this Order before he may proceed. If Plaintiff fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

It is **FURTHER ORDERED** that Plaintiff's motion seeking an extension of time to file an amended complaint (ECF No. 31) is **DENIED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] If Plaintiff pays the filing fee within the time period permitted by this Order, he may amend his claims and file a Third Amended Complaint consistent with the Court's September 20, 2019 Memorandum and Order (ECF Nos. 27 and 28) within seven days of payment. If Plaintiff pays the filing fee and elects not to file a Third Amended Complaint, he shall file a notice of his intent to stand on the remaining claims in his Second Amended Complaint within seven days of payment.